NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHIKEZIE OTTAH,**
*Plaintiff-Appellant,*

v.

**1ST MOBILE TECHNOLOGIES,**
*Defendant-Appellee.*

---

2012-1405

---

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-7296, Judge Colleen McMahon.

---

**ON MOTION**

---

Before RADER, *Chief Judge*, LOURIE and SCHALL, *Circuit Judges.*

PER CURIAM.

## ORDER

The court construes Chikezie Ottah's document as a motion to reinstate the appeal that was dismissed on June 14, 2012 for failure to file his brief. First Mobile Technologies responds. The time to request reconsidera-

CHIKEZIE OTTAH v. 1ST MOBILE TECHNOLOGIES                    2

tion of that order has passed.  Fed. Cir. R. 45(a) (reconsideration of a dismissal due to failure to comply with the rules must be filed within 14 days of the dismissal).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26